**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: _____

MARIA SANTANA, and other
similarly situated non-exempt employees,

    Plaintiff,

v.

GALLERIA FARMS, LLC.,
a Florida Limited Liability Company and
German M. Valencia, individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL

Defendants, Galleria Farms, LLC and German M. Valencia (collectively "Defendants"), by and through their undersigned counsel and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1441, and 1446, hereby file this Notice of and Petition for Removal (the "Notice"). Defendants request that the Court remove this action filed by Maria Santana ("Plaintiff") from the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District. The removal of this action is based upon the following:

    1.    On October 30, 2018, Plaintiff filed a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned *Maria Santana and other similarly situated non-exempt employees v. Galleria Farms, LLC, a limited liability Company and German M. Valencia, individually* (the "Circuit Court Case"). The Circuit Court case was assigned case number 2018-036825-CA-01.

CASE NO.: _____

2. In the two-count Complaint, Plaintiff alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") against Galleria Farms, LLC (Count I) and violations of the FLSA against German M. Valencia in his individual capacity (Count II).

3. Because Plaintiff alleges claims under the FLSA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

4. Plaintiff effectuated service of process on Defendants on November 6, 2018. Therefore, this Notice has been filed within thirty (30) days after service upon Defendants of the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).

5. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants are attached to this Notice at composite Exhibit 1.

6. A removal is not proper unless "all defendants who have been properly joined and served … consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). The Defendants have complied with this requirement because all Defendants consent to removal and are jointly filing this Notice of and Petition for Removal.

7. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide promptly written notice of the removal to Plaintiff and will file a copy of this Notice in the Circuit Court in and for Miami-Dade County, Florida.

8. The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiff filed her Complaint. Thus, removal to this Court is proper.

CASE NO.: _____

WHEREFORE, Defendants, Galleria Farms, LLC and German M. Valencia respectfully request that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court in and for Miami-Dade County, Florida and direct that the Circuit Court has no further jurisdiction of this matter unless and until this case is remanded.

Dated: November 20, 2018

                Respectfully submitted,

                By: *s/Jennifer A. Schwartz*
                Jennifer A. Schwartz, Esq.
                Florida Bar No.: 502431
                E-mail: *Jennifer.schwartz@jacksonlewis.com*
                Brandon U. Campbell, Esq.
                Florida Bar No.:  112853
                E-mail: *Brandon.campbell@jacksonlewis.com*
                JACKSON LEWIS P.C.
                One Biscayne Tower, Suite 3500
                Two South Biscayne Boulevard
                Miami, Florida 33131
                Telephone: (305) 577-7651
                Facsimile:  (305) 373-4466

                *Counsel for Defendants*
                *Galleria Farms, LLC and German M. Valencia*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of November 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

                *s/Brandon U. Campbell, Esq.*
                Brandon U. Campbell, Esq.

CASE NO.: _____

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Maria Santana v. Galleria Farms, LLC., et al.*

Case No. _____

| | |
|---|---|
| Jason S. Remer, Esq.<br>Florida Bar No. 0165580<br>E-mail: *jremer@rgpattorneys.com*<br>Brody M. Shulman, Esq.<br>Florida Bar No. 092044<br>E-mail: *bshulman@rgpattorneys.com*<br>REMER & GEORGES-PIERRE, PLLC<br>Courthouse Tower<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005<br>*Attorneys for Plaintiff* | Jennifer A. Schwartz, Esq.<br>Florida Bar No.: 502431<br>E-mail: *Jennifer.schwartz@jacksonlewis.com*<br>Brandon U. Campbell, Esq.<br>Florida Bar No.: 112853<br>E-mail: *Brandon.campbell@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7651<br>Facsimile: (305) 373-4466<br>*Attorneys for Defendants* |