UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-24857-CIV-ALTONAGA/GOODMAN

MARIA SANTANA,                                    )
And other similarly situated individuals,         )
                                                  )
            Plaintiff(s),                         )
vs.                                               )
                                                  )
GALLERIA FARMS, LLC,                              )
a Florida Limited Liability Company,              )
and GERMAN M. VALENCIA, individually,             )
                                                  )
            Defendants.                           )

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Maria Santana, and Defendants, Galleria Farms, LLC ("Galleria") and German M. Valencia ("Valencia") (collectively "Parties"), have reached a settlement in the above-referenced case. The parties are in the process of finalizing settlement documents and will file them within the next week.

Dated: March 28, 2019

Respectfully submitted,

By: *s/ Jennifer A. Schwartz*
Jennifer A. Schwartz, Esq.
Florida Bar No.: 502431
Email: *jennifer.schwartz@jacksonlewis.com*
Brandon U. Campbell, Esq.
Florida Bar No. 0112853
E-mail: *Brandon.campbell@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466
*Attorneys for Defendants*

CASE NO.: 18-24857-CIV-ALTONAGA/GOODMAN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on parties identified on the below Service List in the manner specified.

*s/Jennifer A. Schwartz,Esq.*
Jennifer A. Schwartz, Esq.

CASE NO.: 18-24857-CIV-ALTONAGA/GOODMAN

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Maria Santana v. Galleria Farms, LLC., et al.*

**Case No. 18-24857-CIV-ALTONAGA/GOODMAN**

| | |
|---|---|
| Jason S. Remer, Esq. <br> Florida Bar No. 0165580 <br> E-mail: *jremer@rgpattorneys.com* <br> Brody M. Shulman, Esq. <br> Florida Bar No. 092044 <br> E-mail: *bshulman@rgpattorneys.com* <br> REMER & GEORGES-PIERRE, PLLC <br> Courthouse Tower <br> 44 West Flagler Street, Suite 2200 <br> Miami, FL 33130 <br> Telephone: (305) 416-5000 <br> Facsimile: (305) 416-5005 <br> *Attorneys for Plaintiff* <br><br> Served via transmission of Notices of Electronic Filing generated by CM/ECF | Jennifer A. Schwartz, Esq. <br> Florida Bar No.: 502431 <br> E-mail: *Jennifer.schwartz@jacksonlewis.com* <br> Brandon U. Campbell, Esq. <br> Florida Bar No. 0112853 <br> E-mail: *Brandon.campbell@jacksonlewis.com* <br> JACKSON LEWIS P.C. <br> One Biscayne Tower, Suite 3500 <br> Two South Biscayne Boulevard <br> Miami, Florida 33131 <br> Telephone: (305) 577-7651 <br> Facsimile: (305) 373-4466 <br> *Attorneys for Defendants* <br><br> Served via transmission of Notices of Electronic Filing generated by CM/ECF |