**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  18-24857-CIV-ALTONAGA/Goodman**

**MARIA SANTANA**,

      Plaintiff,

v.

**GALLERIA FARMS, LLC**, *et al.*,

      Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

THIS CAUSE came before the Court upon the parties' Notice of Settlement [ECF No. 24], filed on March 28, 2019.  The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above styled action is administratively **CLOSED** without prejudice to the parties to comply with the Order Requiring Submission of Settlement Agreement for Court Approval, entered separately on this date.  Any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 29th day of March, 2019.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record