UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24857-CIV-ALTONAGA/Goodman

**MARIA SANTANA**,

      Plaintiff,
v.

**GALLERIA FARMS, LLC**
and **GERMAN M. VALENCIA**,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice [ECF No. 29], filed April 12, 2019. When a private action is brought under the Fair Labor Standards Act, 29 U.S.C. sections 201, *et seq.*, as is the case with the instant action, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). After review of the record and the parties' basis for settlement of the FLSA case, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 29]** is **GRANTED**.

2. The Settlement Agreement and Release of FLSA Claims **[ECF No. 29-1]** between Plaintiff, Maria Santana, and Defendants, Galleria Farms, LLC and German M. Valencia, which has been duly filed as a record of the Court, is **APPROVED** as a fair and reasonable resolution of the parties' FLSA dispute.

CASE NO. 18-24857-CIV-ALTONAGA/Goodman

3. This case is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**.

4. Beyond the terms of the Settlement Agreement, the parties shall bear their own attorney's fees and costs.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 15th day of April, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record